IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ex rel. ) | |
| ) | |
| JOHN W. FREEMAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civ. No. 06-1106 (CKK) |
| v. ) | **UNDER SEAL** |
| ) | |
| SET CORPORATION, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its declination of intervention against defendants Set Corporation, Tom Burns, Bruce Deal, and Robert Douglas (Defendants) in this matter.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a

later date. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

                              Respectfully submitted,

                              JEFFREY S. BUCHOLTZ
                              Acting Assistant Attorney General

                              JEFFREY A. TAYLOR
                              United States Attorney

                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Civil Chief

                              KEITH MORGAN, D.C. Bar #422665
                              LAURIE WEINSTEIN, D.C. Bar # 389511
                              Assistant United States Attorneys
                              555 4th Street, N.W., Rm 10-808
                              Washington, D.C. 20530
                              (202) 514-7133

March 13, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, <u>ex rel.</u> )<br>)<br>JOHN W. FREEMAN, )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>SET CORPORATION, INC., et al., )<br>)<br>Defendants. )<br>_____ ) | Civ. No. 06-1106 (CKK)<br><br>**UNDER SEAL** |

### ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

Date:

_____
UNITED STATES DISTRICT COURT

**copies to:**

Laurie Weinstein
Assistant United States Attorney
555 Fourth Street, N.W., Room E4820
Washington, D.C. 20530

Stephen M. Kohn
David K. Colapinto
Anthony C. Munter
3233 P Street, NW
Washington, DC 20007

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March 2008, a true and correct copy of the above and foregoing Government's Notice of Declination of Intervention, and proposed Order was mailed by first-class mail to:

>Stephen M. Kohn
>David K. Colapinto
>Anthony C. Munter
>Kohn, Kohn & Colapinto, LLP
>3233 P Street, NW
>Washington, DC 20007

_____
LAURIE WEINSTEIN
Assistant United States Attorney
555 Fourth Street, N.W., Room E 4820
Washington, D.C. 20530
202-514-7133