UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* JOHN FREEMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SET CORPORATION, INC., *et al.*,<br><br>　　　　Defendants. | Civil Action No. 06-1106 (CKK) |

**RULE 4(m) ORDER**
(April 16, 2008)

　　The Complaint in this case was filed on June 16, 2006 and, pursuant to the False Claims Act, 31 U.S.C. § 3730, remained under seal until March 19, 2008. On that date, the Court entered an Order noting that the United States had declined to intervene in this action and that the Complaint would therefore be unsealed for service upon Defendants. *See* Docket No. [17]. Plaintiff's attention is directed to Federal Rule of Civil Procedure 4(m), which provides in pertinent part:

> If a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

　　As the Complaint in this action was unsealed on March 19, 2008, in order to avoid the finality of a mandatory dismissal, it is hereby

　　**ORDERED** that by July 17, 2008, Plaintiff must either cause process to be served <u>and</u> proof of service to be filed with the Court, or file a status report with the Court that indicates why

service has not been made.

**SO ORDERED.**

/s/ *Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
United States District Judge